Order Filed on February 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in compliance with D.N.J. LBR 9004-1(b)

**McCARTER & ENGLISH, LLP**
Geoffrey E. Lynott, Esq.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102
Telephone: (973) 622-4444
Facsimile: (973) 624-7070
Email: glynott@mccarter.com

*Counsel to the Chapter 7 Trustee*

In re:

JEANNE M. KEHOE,

                Debtor.

Case No.: 18-32792 (RG)

Honorable Rosemary Gambardella

Chapter 7

## ORDER AUTHORIZING RETENTION OF CLEANING WORLD, INC AND COMPELLING THE DEBTOR TO PROVIDE ACCESS TO REAL PROPERTY

The relief on the following pages, numbered two (2) through five (5), is hereby

ORDERED.

**DATED: February 8, 2024**

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

Page: 2
Debtor: Jeanne M. Kehoe
Case No: 18-32792 (RG)
Caption of Order: Order Authorizing Retention of Cleaning World, Inc., and Compelling the Debtor to Provide Access to the Real Property

---

**UPON CONSIDERATION OF** the Application of Jeffrey T. Testa, in his capacity as the duly appointed Chapter 7 Trustee (the "Trustee") in the instant Chapter 7 bankruptcy case of Jeanne M. Kehoe (the "Debtor") for entry of an order, pursuant to 11 U.S.C. § §105(a) and 327(a), approving the retention of cleaning company Cleaning World, Inc ("CWI") to remove certain debris at 151 Nesbit Terrace, Irvington, NJ (the "Real Property") so that a certificate of occupancy can be issued and the closing on the Real Property can occur; and (b) compelling the Debtor to grant CWI access to the Real Property in order to allow CWI to perform the work required to remove said boxes, items and debris from the Real Property (the "Application"), and any response thereto; and

**WHEREAS**, on April 25, 2023, the Trustee filed a Motion of Chapter 7 Trustee Pursuant to Bankruptcy Code Sections 105 and 363, and Rules 2002, 6004 and 9014 of the Federal Rules of Bankruptcy Procedure for (I) an Order (A) Approving the Form Agreement of Sale Relating To the Sale of the Real Property, Subject to Higher and Better Offers, Free and Clear of Liens, Claims and Encumbrances; (B) Approving the Notice and Sale Procedures Related Thereto; (C) Setting Auction and Hearing Dates; and (D) Approving An Expense Reimbursement; And (II) an Order (A) Approving the Sale, and (B) Granting Related Relief (the "Sale & Bid Procedures Motion") [Docket No. 150]; and

**WHEREAS**, on May 15, 2023, the Court entered an Order approving the Sale & Bid Procedures Motion [Docket No. 155]; and

ME1 47568526v.1

Page:            3
Debtor:          Jeanne M. Kehoe
Case No:         18-32792 (RG)
Caption of Order: Order Authorizing Retention of Cleaning World, Inc., and Compelling the Debtor to Provide Access to the Real Property

---

**WHEREAS**, on June 21, 2023 an auction for the Real Property, which was attended by multiple qualified bidders, was held and at the conclusion of the auction Essex Venture Fund LLC was named the successful bidder for the Real Property (the "Successful Bidder"); and

**WHEREAS**, on June 29, 2023 an order was entered approving the sale of the Real Property to the Successful Bidder ("Sale Order") [Doc. 167]; and

**WHEREAS**, the Successful Bidder has been and is prepared to close the sale transaction pursuant to the Sale Order; and

**WHEREAS**, in preparation for the closing the Township of Irvington inspected the Real Property and refused to grant a Certificate of Occupancy based upon an excess of aged boxes, items and other debris which must be removed from: the 1st Floor Doorway; the path to the Attic; the Basement area surrounding the boiler; and the back and front stairways (the "Debris"); and

**WHEREAS**, on January 16, 2024, the Trustee filed the Application; and

**WHEREAS,** the Debtor has proposed to hire an individual, at her own cost, to assist her to remove and relocate the Debris which is the subject of the Application from the Real Property to a storage facility no later than February 23, 2024, as an alternative to CWI; and

**WHEREAS,** subject to the retention of CWI being granted to avoid further cost and delay should the Debtor fail to perform, the Trustee has agreed to permit the Debtor, at her own expense, to conduct the removal of the Debris at the Real Property under the

ME1 47568526v.1

Page: 4
Debtor: Jeanne M. Kehoe
Case No: 18-32792 (RG)
Caption of Order: Order Authorizing Retention of Cleaning World, Inc., and Compelling the Debtor to Provide Access to the Real Property

---

condition that the Debris be removed by February 23, 2024, to the satisfaction of the Trustee;

**IT IS HEREBY ORDERED** this _____ day of _____ 2024 that the Application to retain CWI is GRANTED.

**IT IS FURTHER ORDERED** that prior to engaging CWI to commence their work, the Debtor shall be given until February 23, 2024 to remove the Debris from the Real Property to the sole satisfaction of the Trustee.

**IT IS FURTHER ORDERED** that the Debtor shall provide access to the Real Property to the Trustee, the Trustee's retained realtor and authorized representatives of the Trustee on and after February 23, 2024, so that the Trustee may determine if removal of the Debris from the Real Property has been completed.

**IT IS FURTHER ORDERED** that in the event the Trustee determines that removal of the Debris from the Real Property has not been completed, the Trustee may authorize CWI to perform the removal of the Debris from the Real Property as described in the Application.

**IT IS FURTHER ORDERED** that should the Trustee be compelled to authorize CWI to commence work, compensation to CWI will be paid as follows: CWI will receive up to $4,500 without further order from the Court, to cover the cost of removal containers and labor as required to remove the Debris from the Real Property ("Waste Removal Fee"). The Waste Removal Fee shall be paid by the Successful Bidder and the Trustee

ME1 47568526v.1

| | |
|---|---|
| Page: | 5 |
| Debtor: | Jeanne M. Kehoe |
| Case No: | 18-32792 (RG) |
| Caption of Order: | Order Authorizing Retention of Cleaning World, Inc., and Compelling the Debtor to Provide Access to the Real Property |

shall provide the Successful Bidder a credit for the Waste Removal Fee at the closing of the Real Property.

**IT IS FURTHER ORDERED** that should the Trustee be compelled to instruct CWI to commence their work, the Debtor shall upon 48 hours' notice to counsel for the Debtor provide CWI access to the Real Property and not interfere with CWI's work so that CWI may conduct the necessary clean-up as required to remove the Debris from the Real Property in order to allow the Trustee to obtain a Certificate of Occupancy from the Township of Irvington upon their re-inspection of the Real Property.

**IT IS FURTHER ORDERED** that if the Debtor fails to provide CWI, the Trustee or the Trustee's representative access to the Real Property to conduct the inspection or if necessary the clean-up work set forth in the Application, the Trustee may seek to hold the Debtor in contempt of Court on 48 hours' notice to counsel for the Debtor.

ME1 47568526v.1