UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**GARY C. ZEITZ, L.L.C.**
GARY C. ZEITZ, ESQUIRE
ROBIN LONDON-ZEITZ, ESQUIRE
1101 Laurel Oak Road, Suite 170
Voorhees, New Jersey 08043
(856) 857-1222
*Attorneys for Creditor,*
*PC4 LLC*

Order Filed on October 4, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JEANNE M. KEHOE

Debtor(s)

Case No.: 18-32792/RG

Chapter: Seven

Hearing Date: October 1, 2024 at 10:00 am

Judge: Honorable Rosemary Gambardella

### ORDER AWARDING ATTORNEY'S FEES AND COSTS TO SECURED CREDITOR

The relief set forth on the following page, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 4, 2024**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the motion of PC4 LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), for an award of attorney's fees and costs incurred by secured creditor in the instant bankruptcy case and tax foreclosure proceedings for the property located at 151 Nesbit Terrace, Irvington, New Jersey, Block 327, Lot 21 (the "Property"), and for good cause shown.

**IT IS ORDERED** as follows:

1. Secured Creditor is awarded attorney's fees and costs in the total sum of $10,467.00 ("Fee Award"), to be paid as an additional statutory fee pursuant to N.J.S.A. 54:5-98 upon the redemption of the Tax Lien.

2. The Chapter 7 Trustee shall satisfy the Fee Award from the closing proceeds and shall remit the Fee Award Payment payable to PC4, LLC to counsel for PC4, LLC, Gary C. Zeitz, LLC within 24 hours of the closing of the Property.